**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

JOHN EDWARD PREVOST, II,                                                    PLAINTIFF
ADC #144749

v.                                        4:12CV00291-JMM-JTK

JOHNATHAN PICO                                                              DEFENDANT

<u>**ORDER**</u>

The Court has received  proposed findings and recommendations from United States

Magistrate Judge Jerome T. Kearney.  There have been no objections.  After a review of those

proposed findings and recommendations, the Court adopts them in their entirety.  Accordingly,

IT IS, THEREFORE, ORDERED that:

1.        Plaintiff's Complaint against Defendant is DISMISSED for failure to state a

claim upon which relief may be granted.

2.        Dismissal of this action constitutes a "strike" within the meaning of the Prison

Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

3.        The Court certifies that an <u>in</u> <u>forma</u> <u>pauperis</u> appeal from an Order and

        Judgment

dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 6th day of June, 2013.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE