IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN EDWARD PREVOST, II,                                                      PLAINTIFF
ADC #144749

v.                                  4:12CV00291-JMM-JTK

JOHNATHAN PICO                                                                 DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice, for failure to state a claim upon which relief may be granted.

The Court certifies that an in forma pauperis appeal from an Order and Judgment dismissing this action would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 6th day of June, 2013.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE

1